| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA　§
　　　　　　　　　　　　　　　§
V.　　　　　　　　　　　　　　§　　CASE NO. 4:11-cr-223
　　　　　　　　　　　　　　　§　　Judge Crone
BRANDON CURTIS WILSON (4)　§
JERRY LYNN POIRIER (17)　　　§

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 23, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Brandon Wilson's Speedy Trial Demand and Motion for Severance Pursuant to Fed. R. Crim. P. 14 (Dkt. #197) and Defendant Jerry Lynn Poirier's Amended Speedy Trial Demand and Motion for Severance (Dkt. #206) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Defendant Brandon Wilson's Speedy Trial Demand and Motion for Severance Pursuant to Fed. R. Crim. P. 14 (Dkt. #197) and Defendant Jerry Lynn Poirier's Amended Speedy Trial Demand and Motion for Severance (Dkt. #206) are **DENIED**.

SIGNED at Beaumont, Texas, this 1st day of May, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE